

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2022

No. 04-22-00273-CV

**IN THE INTEREST OF E.M.E AND E.D.E.**, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02152
Honorable Tina Torres, Judge Presiding

## O R D E R

Appellant has filed a motion for a fourteen-day extension of time to file a brief. We **grant** the motion and **order** appellant's brief filed not later than **August 8, 2022**.

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** on August 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

